No. 00–5303. KIRCHNER v. MEYERS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW. C. A. 3d Cir. Certiorari denied.

No. 00–5304. BROWN v. WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 00–5305. CARVER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–5306. ROSQUIST v. CONSOLIDATED EDISON COMPANY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–5307. BISHOP v. RENO, ATTORNEY GENERAL. C. A. 11th Cir. Certiorari denied.

No. 00–5308. DONEGAN v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–5309. ABED v. ARMSTRONG, COMMISSIONER, CONNECTICUT DEPARTMENT OF CORRECTION. C. A. 2d Cir. Certiorari denied.

No. 00–5311. BREDY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–5312. QUARTERMAN v. LEWIS. Sup. Ct. Ga. Certiorari denied.

No. 00–5314. SCHONSCHACK v. TESSMER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–5315. LASTER v. BOOHER, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 00–5317. LAWRENCE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–5318. MATTHIAS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–5319. JONES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.